UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LORIE STACY, | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | CASE NO.1:09CV0092 |
| -vs- | |
| BRADY GROVES, et al., | <u>ORDER CONTINUING CASE MANAGEMENT CONFERENCE</u> |
| Defendant(s). | |

The above matter is scheduled for a Case Management Conference on March 16, 2009 at 11:00 a.m. The Court has been made aware that Plaintiff's counsel is hospitalized and therefore, cannot attend.

The Case Management Conference is rescheduled to **Monday, April 20, 2009 at 3:00 p.m.** Plaintiff's counsel shall inform this Court of its intent, or that of substitute counsel, to proceed with the prosecution of this matter no later than Monday, March 30, 2009. Substitute counsel shall enter a notice of appearance no later than the close of business on March 30, 2009.

Counsel shall review and submit a revised **Report of Parties Planning Meeting** no later than April 13, 2009, *(ECF. Doc. No. 9 filed on March 11, 2009)*.

Further, Counsel shall take notice of the Court's Case Management Order which provides:

**Please note, effective January 1, 2006, ALL attorneys who practice before this Court are REQUIRED to file electronically pursuant to Local Civil Rule 5.1(c).**

**Further, any attorney desiring to practice in a case before this Court, whose name has not appeared on an initial pleading or motion, shall enter a written notice of appearance.**

IT IS SO ORDERED.

                                              s/Christopher A. Boyko
                                              Christopher A. Boyko
                                              U.S. District Court Judge

March 13, 2009