**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LORIE STACY,** | ) | **CASE NO. 1:09-cv-92** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **BRADY GROVES,** | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On 1/14/2009, this Court received a Notice of Removal from Richland County and this case was then scheduled for a Case Management Conference on 3/16/2009 at 11:00 AM. Defendant filed their Report of Parties' Planning Meeting on 3/11/2009. A phone call was placed to Plaintiff's Attorney inquiring as to why their Report was not filed. The Court was informed that the attorney was in the hospital and another attorney would be taking over the case. On 3/13/2009 the Court issued an order continuing the Case Management Conference to 4/20/2009 and instructing Plaintiff to inform the Court of its intent, or that of substitute counsel, to proceed with the prosecution, by 3/30/2009. As of this date, no such notification has been forthcoming and there has been no appearance filed by substitute counsel.

Plaintiff has failed to move or seek an extension. Therefore, the Court dismisses her

claims, without prejudice, for failure to prosecute.

    IT IS SO ORDERED.


_4/3/2009_____         s/Christopher A. Boyko_____
Date                                CHRISTOPHER A. BOYKO
                                        United States District Judge