**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| LORIE STACY ) | CASE NO. 1:09CV0092 |
| ) | |
| Plaintiff(s), ) | |
| v. ) | |
| ) | |
| BRADY GROVES ) | |
| ) | |
| Defendant(s). ) | **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

                            s/Christopher A. Boyko
                            HONORABLE CHRISTOPHER A. BOYKO
                            UNITED STATES DISTRICT JUDGE

April 3, 2009